
ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

BARRY WINSTEN,

          Defendant.

- - - - - - - - - - - - - - - - - x

**NOTICE OF INTENT TO FILE AN INFORMATION**

**08 CRIM 071**

    Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
            January 21, 2008

                              MICHAEL J. GARCIA
                              United States Attorney

                    By:  _____
                              William J. Harrington
                              Assistant United States Attorney

                              AGREED AND CONSENTED TO:

                    By:  _____
                              Michael Rosen, Esq.
                              Attorney for Barry Winsten

SULLIVAN

1/25/08 WHEEL A