MEMO 

**MICHAEL ROSEN**
Law Offices
61 Broadway, Suite 1105
New York, NY 10006
mrosenlaw@aol.com

TEL (212) 742-1717                                             FAX (212) 248-4068

May 13, 2008

**VIA FACSIMILE (212) 805-7946**

Hon. Richard J. Sullivan
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

          Re:    United States v. Barry Winsten
                 08 CR 71 (RJS)

Dear Judge Sullivan:

    I represent the defendant Barry Winsten. I write to request an adjournment of the appearance before Your Honor, scheduled for tomorrow, May 14, 2008, at 4:00 PM, until June 16, 2008.

    I have been informed that Mr. Winsten is currently a patient at North Shore University Hospital in Manhasset, Long Island, New York. I am further informed that he is breathing only by a ventilator, having suffered pneumonia and congestive heart failure in addition to his existing conditions of cancer, chronic obstructive pulmonary disease and compromised immune system.

    I hereby waive the Speedy Trial Act time until the next adjourned date. AUSA William Harrington joins in this request.

    Thank you.

Respectfully,

Michael Rosen

*Rescheduled to 6/16/08 @ 4:30 pm*

MR:wp

cc:    AUSA William Harrington

SO ORDERED
Dated: 5/13/08
RICHARD J. SULLIVAN
U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/13/08