```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

            Plaintiff,

-v-

BARRY WINSTEN,

            Defendant.

No. 08 Cr. 0071 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

By Order dated May 13, 2008, the Court granted defendant's request to adjourn the pre-trial conference previously scheduled for May 14, 2008 to June 16, 2008 due to defendant's medical condition. On June 16, 2008, defendant and his counsel neither appeared at the conference before the Court nor sought an adjournment thereof.

Accordingly,

IT IS HEREBY ORDERED that defense counsel shall forthwith obtain a copy of the transcript of the proceedings before the Court on June 16, 2008.

IT IS FURTHER ORDERED that defense counsel shall submit a letter by Wednesday, June 18, 2008, explaining his and his client's absence at the conference held before the Court on June 16, 2008, as well as defendant's failure to seek an adjournment thereof. Defense counsel shall also provide the Court with an update as to defendant's medical condition.

SO ORDERED.

Dated:     June 16, 2008
             New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE