UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/08
```

UNITED STATES OF AMERICA,

-v-

BARRY WINSTEN,

                Defendant.

No. 08 Crim. 0071 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

IT IS HEREBY ORDERED that the parties in the above-entitled action shall appear for a status conference on Thursday, July 17, 2008, at 2:30 p.m. in the United States District Court, Courtroom 21C, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that time is excluded from June 24, 2008, to July 17, 2008, pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(3)(A) and 3161(h)(8)(A), due to the unavailability of the defendant. The Court finds that the ends of justice served by taking this action outweigh the best interests of the public and the defendant in a speedy trial.

SO ORDERED.

Dated:      June 24, 2008
              New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE